**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**STACEY DUTTON**                                                                        **PLAINTIFF**

**V.**                                        **CASE NO. 5:20-CV-5149**

**CAVALRY SPV I, LLC
CAVALRY PORTFOLIO SERVICES, LLC
THE MCHUGHES LAW FIRM, PLLC**                                    **DEFENDANT**

## ORDER OF DISMISSAL

**IT APPEARING** to the Court that the matter has been settled, counsel for all

parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby,

**DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein,

those terms should be reduced to writing and filed with the Court within thirty (30) days

from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon

cause shown that settlement has not been completed and that a party wishes this Court

to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 1st day of October 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE